**Order entered January 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01290-CV

**FORGET ABOUT IT, INC., ET AL., Appellants**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01784-B**

## ORDER

Before the Court is appellants' January 25, 2019 motion for an extension of time to file a

brief. We **GRANT** the motion and extend the time to **February 13, 2019**.

/s/    BILL WHITEHILL
        JUSTICE